

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2014

No. 04-14-00598-CR

**IN RE** Harold S. **BOWENS** Jr.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Rebeca C. Martinez, Justice

On August 21, 2014, relator filed a pro se petition for writ of mandamus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

The clerk of this court is ORDERED to forward a copy of relator's petition for writ of mandamus and all accompanying attachments filed in this original proceeding to the Texas Court of Criminal Appeals.

It is so **ORDERED** on August 28th, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 1985CR3726, styled *The State of Texas v. Harold Bowens*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.